UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roberto Marquez Balerino,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01874-CDS-DJA

**Order Granting in Part Respondents' Motion to Extend Time**

[ECF No. 10]

Petitioner Roberto Marquez Balerino filed an amended petition for writ of habeas corpus on July 15, 2026, making the respondents' response due on July 29, 2026. ECF No. 8. On August 3, 2026, the respondents' counsel moved for an extension of time asserting good cause based on having "been inundated with a sharp uptick in immigration case activity." ECF No. 10 at 2. The petitioner opposes the motion, arguing that the respondents failed to demonstrate excusable neglect for missing the July 29 deadline or good cause warranting an extension. I agree. Nonetheless, because this is being resolved today, the respondents' motion **[ECF No. 10] is granted in part**. A response **must** be filed by Friday, August 7, 2026.

Dated: August 6, 2026

Cristina D. Silva
United States District Judge